UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAELA G. CHIPREZ,<br><br>               Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. EDCV 12-1100 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: March 15, 2013

                                          ALICIA G. ROSENBERG
                                       United States Magistrate Judge