1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Rafaela G. Chiprez

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 RAFAELA G. CHIPREZ,           ) Case No.: EDCV 12-1100 AGR
                                 )
12      Plaintiff,               ) [PROPOSED] ORDER AWARDING
                                 ) EQUAL ACCESS TO JUSTICE ACT
13      vs.                      ) ATTORNEY FEES AND EXPENSES
                                 ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting     )
   Commissioner of Social Security, )
15                               )
        Defendant                )
16                               )
                                 )
17 _____)

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $3,900.00 as

21 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22 DATE:  May 21, 2013

23                              *alicia G. Rosenberg*

24                              THE HONORABLE ALICIA G. ROSENBERG
                                UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Young Cho*
     _____
4 | Young Cho
    Attorney for plaintiff Rafaela G. Chiprez